**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7496**

———————

RICHARD S. FETT,

                                        Plaintiff - Appellant,

        versus

BRUCE C. MORRIS, Chairman, Virginia Parole
Board; SANDRA COMBS; WINNIE DIXON; JOSEPH
LEWIS; LINDA R. PITMAN; E. MONTGOMERY TUCKER,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.
(CA-96-749-R)

———————

Submitted:  December 19, 1996      Decided:  January 6, 1997

———————

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Richard S. Fett, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C. § 1915A(b)(1) & (2) (1994), amended by Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Fett v. Morris, No. CA-96-749-R (W.D. Va. Sept. 12, 1996). We deny Appellant's motion requesting free copying of appeal papers. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED